IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND BROWN [#947580] | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 14-0555 |

FILED
SEP 05 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 4th day of September, 2014, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Mr. Brown's habeas petition is **DISMISSED WITHOUT PREJUDICE AS MOOT.**

3. Mr. Brown's May 30, 2014 "Request" [Document 10] in which he seeks a copy of his state court records is **DENIED**. Because Mr. Brown's criminal case is still active in the state court, the Clerk of Quarter Sessions has not forwarded any records to this court.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY,   J.